E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FRANCIS THOMAS FAHY )
)
)
Plaintiff, ) CASE NO. 2496 CW
)
vs. ) APPLICATION TO PROCEED
) IN FORMA PAUPERIS
JUSTICES OF THE CALIFORNIA SUPREME ) (Non-prisoner cases only)
COURT, ET AL. )
)
Defendant. )

I, FRANCIS THOMAS FAHY, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ✓ No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: $1,800   Net: $1,80

Employer: Bay Cab Company, 999 Pennsylvania Street, San Francisco, CA 94102

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 | and wages per month which you received.
2 | _____ n/a _____
3 | _____
4 | _____

5 | 2. Have you received, within the past twelve (12) months, any money from any of the
6 | following sources:

7 |     a.     Business, Profession or     Yes ____ No ✓
8 |           self employment?
9 |     b.     Income from stocks, bonds,     Yes ____ No ✓
10 |           or royalties?
11 |     c.     Rent payments?     Yes ____ No ✓
12 |     d.     Pensions, annuities, or     Yes ____ No ✓
13 |           life insurance payments?
14 |     e.     Federal or State welfare payments,     Yes ____ No ✓
15 |           Social Security or other govern-
16 |           ment source?

17 | If the answer is "yes" to any of the above, describe each source of money and state the amount
18 | received from each.
19 | _____ n/a _____
20 | _____

21 | 3.     Are you married?     Yes ____ No ✓
22 | Spouse's Full Name: _____ n/a _____
23 | Spouse's Place of Employment: _____ n/a _____
24 | Spouse's Monthly Salary, Wages or Income:
25 | Gross $_____ n/a _____ Net $_____ n/a _____
26 | 4.     a.     List amount you contribute to your spouse's support:$ _____
27 |     b.     List the persons other than your spouse who are dependent upon you for support
28 |           and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

1  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)
2  _____ n/a _____
3  _____
4  5.   Do you own or are you buying a home?   Yes ___ No ✓
5  Estimated Market Value: $_____ Amount of Mortgage: $_____
6  6.   Do you own an automobile?   Yes ✓ No ___
7  Make Toyota _____ Year 1991 _____ Model Previa _____
8  Is it financed? Yes ___ No ✓ If so, Total due: $ _____
9  Monthly Payment: $ _____
10 7.   Do you have a bank account? Yes ✓ No ___ (Do not include account numbers.)
11 Name(s) and address(es) of bank: Bank of America, _____
12 1200 9th Avenue, San Francisco, CA  94122 _____
13 Present balance(s): $ -200 _____
14 Do you own any cash? Yes ✓ No ___ Amount: $ 100 _____
15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16 market value.)   Yes ___ No ✓
17 _____
18 8.   What are your monthly expenses?
19 Rent: $ 700 _____ Utilities: 300 _____
20 Food: $ 500 _____ Clothing: 200 _____
21 Charge Accounts:
22 Name of Account         Monthly Payment         Total Owed on This Account
23 ____n/a____        $ _____       $ _____
24 ____n/a____        $ _____       $ _____
25 ____n/a____        $ _____       $ _____
26 9.   Do you have any other debts? (List current obligations, indicating amounts and to whom
27 they are payable. Do not include account numbers.)
28 _____ n/a _____

1  
2  10.    Does the complaint which you are seeking to file raise claims that have been presented in  
3  other lawsuits?    Yes ___    No ✓  
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in  
5  which they were filed.  
6  _____ n/a _____  
7  
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a  
9  false statement herein may result in the dismissal of my claims.  
10  
11  5-16-08  
12      DATE                            SIGNATURE OF APPLICANT

- 4 -