Francis Thomas Fahy
259 Oak Street
San Francisco, CA 94102
(415) 242-4640

June 18, 2008

Clerk of the Court
United States District Court
Northern District of California
1301 Clay Street,
Oakland, CA 94612-5212

2496

RE:   Case No:   CV 08 2469 CW
      Case Name: <u>Francis Thomas Fahy v. California Supreme Court Justices</u>

Dear Clerk of the Court:

I wish to update my application for a waiver of fees and costs to show that I have had an **increase** in income, to $2,100 per month. Please advise how I can amend my application to reflect this. I request a waiver or reduction in the filing fee and other costs.

Thank you for your attention to this matter.

Very truly yours,

Francis Thomas Fahy

SAN FRANCISCO CA 941
18 JUN 2008 PM 9 L

F. Fahy
269 Oak Street
San Francisco, CA 94102

Clerk of the Court
United States District Court
Northern District of California
1301 Clay Street,
Oakland, CA 94612-5212

94612+5212