AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

FRANCIS THOMAS FAHY

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV 08 2496–*CW*

V.

JUSTICES OF THE SUPREME COURT OF THE STATE OF CALIFORNIA, CHIEF JUSTICE RONALD M. GEORGE, ASSOCIATE JUSTICE GEORGE R. MORENO, (SEE ATTACHED)
    TO:

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

FRANCIS THOMAS FAHY,
PETITIONER AND PLAINTIFF IN PRO SE
259 OAK STREET
SAN FRANCISCO, CA 94102
(415) 242-4640

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING                           AUG - 7 2008

_____                 _____
CLERK                                        DATE

CYNTHIA LENAHAN

_____
(BY) DEPUTY CLERK

ASSOCIATE JUSTICE JOYCE L. KENNARD, ASSOCIATE JUSTICE KATHRYN MICKLE WERDEGAR, ASSOCIATE JUSTICE MING W. CHIN, ASSOCIATE JUSTICE MARVIN R. BAXTER, ASSOCIATE JUSTICE CAROL A. CORRIGAN, THE STATE BAR OF CALIFORNIA, J. EPSTEIN, J. WATAI, J. STOVITZ, SCOTT DREXEL, LAWRENCE J. DEL CERRO, DONALD R. STEEDMAN, TAMMY ALBERTSEN-MURRAY, ERICA L. DEMMINGS, THOMAS HUMMER, JEFF BLEICH, SHELDON SLOAN, PRESIDENTS, STATE BAR OF CALIFORNIA, PAT MCELROY, DEFENDANTS AND RESPONDENTS,
    Defendants and respondents.