Francis T. Fahy
In Pro. Se.
259 Oak Street
San Francisco, CA 94102
(415) 242-4620

**FILED**

AUG 25 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

FRANCIS T. FAHY,                    ) Case No. **C - 08 – 2496 CW**
                                    )
    Plaintiff,                      ) **CERTIFICATE OF SERVICE**
                                    ) .
    vs.                             )
                                    )
CA SUPREME COURT JUSTICES, et al.,  )
                                    )
    Defendants.                     )
                                    )
_____)

I, the undersigned, hereby certify that I am over the age of 18 and a resident of the City and County of San Francisco, California.

That on August 22, 2008, I SERVED (a) true and correct copy(ies) of the AMENDED ORDER SETTING CASE MANAGEMENT CONFERENCE, by placing said copy(ies) in a postage paid envelope address to the person(s) or entities hereafter listed, by the depositing said envelope(s) in the U.S. Mail in San Francisco, California.

1

For defendants State Bar of California, J. Donald R. Steedman, Tammy Albertsen Murray, Lawrence J. Del Cerro, Scott Drexel, J. Epstein, J. Stovitz, J. Watai, Pat McElroy, Erica Dennings, Jeff Bleich, Thomas Hummer, Sheldon Sloan:

Patricia Scotlan, Esq.
General Counsel, the State Bar of California
180 Howard Street
San Francisco, CA 94105

For Defendants Justices of the Supreme Court of the State of California, Chief Justice Ronald M. George, Associate Justice Carlos R. Moreno, Associate Justice Joyce L. Kennard, Associate Justice Kathryn Mickle Werdegar, Associate Justice Ming W. Chin, Associate Justice Marvin R. Baxter, Associate Justice Carol A. Corrigan:

The Supreme Court of the State of California
350 McAllister Street
San Francisco, CA 94102-4797

Dated: August 22, 2008

_____
Francis Geiger, c/o Francis Thomas Fahy
259 Oak Street, San Francisco, CA 94102