

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Francis Thomas Fahy,

            Plaintiff(s),

    v.

Justices of the Supreme Court, et al.,

            Defendant(s).

CASE NO. CV 08-2496 CW

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
AS MODIFIED

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
       Non-binding Arbitration (ADR L.R. 4)
✓    Early Neutral Evaluation (ENE)  (ADR L.R. 5)
       Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
       Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
✓    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

       other requested deadline _____

Dated: 10/10/08

       Francis T. Fahy, pro per
       Attorney for Plaintiff

Dated: 10/10/08

       Jennifer C. Addams/Mark Torres-Gil
       Attorney for Defendant

[~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- _____ ~~Non-binding Arbitration~~
- ✓ ~~Early Neutral Evaluation (ENE)~~
- _____ ~~Mediation~~
- _____ ~~Private ADR~~ *Magistrate Judge settlement conference*

Deadline for ADR session
- ✓ ~~90 days from the date of this order.~~
- other *March 13, 2009*

IT IS SO ORDERED.

Dated: 10/16/08

_____
UNITED STATES DISTRICT    JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS T. FAHY,<br><br>      Plaintiff,<br><br>v.<br><br>CA SUPREME COURT JUSTICES et al,<br><br>      Defendant. | Case Number: CV08-02496 CW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Francis Thomas Fahy
259 Oak Street
San Francisco, CA 94102

Dated: October 16, 2008

                                        Richard W. Wieking, Clerk
                                        By: Sheilah Cahill, Deputy Clerk